NO. 07-03-0267-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 6, 2003

_____

IN RE GLENDA MARNEY, RELATOR

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

ON MOTION FOR EMERGENCY RELIEF
AND PETITION FOR MANDAMUS

Relator Glenda Marney has submitted a petition for writ of mandamus addressed to the 99th District Court, Lubbock County, that would direct the court to disqualify counsel for real party in interest United Supermarkets, Ltd., *et al*. from Cause No. 2002-517,191 pending in that court. Relator also moves for a stay of proceedings in that cause, which is set for trial on June 16, 2003. Finding that relator has not presented a record on which the requested relief can be granted, we overrule the motion for a stay, and deny the petition for writ of mandamus. Tex. R. App. P. 52.8(d).

Per Curiam